The People of the State of Colorado, Plaintiff-Appellee, v. Jacob William Archuleta, Defendant-Appellant. No. 18CA1794
Court of Appeals of Colorado, Third Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Honorable Theresa M. Cisneros, Judge Honorable Daphne R.
 Burlingame, Judge
 
 
 
 OPINION
 
 
 BROWN,
 JUDGE
 
 
 JUDGMENT
 AFFIRMED AND CASE REMANDED WITH DIRECTIONS
 
 
 Furman
 and Lipinsky, JJ., concur